# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE: ACCUTANE PRODUCTS**
**LIABILITY LITIGATION**
_____/

**JASON MOSELEY,**

    **Plaintiff,**                                           *Master Case No:  04-md-2523-T-30TBM*

**v.**                                                     Case No.  **8:05-cv-1526-T-30TBM**

**HOFFMAN-LA ROCHE, INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #14).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 29, 2007.

                                                                                       JAMES S. MOODY, JR.
                                                                                     UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1526.dismissal 14.wpd